**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SCOTT ENVIRONMENTAL SERVICES, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:13-CV-701-JRG-RSP |
| A TO Z MUD CO., INC., | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Defendant A to Z Mud Co., Inc.'s "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Alternative Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e)" (Dkt. No. 13, filed November 12, 2013.)  The Magistrate Judge filed a report recommending that the motions be denied.  (Report and Recommendation, Dkt. No. 31, filed January 16, 2014).

No objections to the Magistrate Judge's Report and Recommendation were filed.  The Court finds that the Report and Recommendation should be, and is hereby, ADOPTED.  Accordingly, A to Z's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Alternative Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) is **DENIED**.

**So Ordered and Signed on this**

**Feb 4, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE